# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IBRAHIM MEKHAIL and RASHA MEKHAIL, as Trustees of the Ibrahim Mekhail and Rasha Mekhail Joint Living Trust, dated October 3, 2006; and Does 1-10,<br><br>　　　　　Defendants. | **Case No.: 2:19-cv-10905-PA-AGR**<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: December 27, 2019<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Ibrahim Mekhail and Rasha Mekhail, as Trustees of the Ibrahim Mekhail and Rasha Mekhail Joint Living Trust, dated October 3, 2006 ("Defendants").

///

IT IS SO ORDERED

Dated January 15, 2020

_____
United States District Judge

---

1
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE